

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Timothy E. Hoeffner
timothy.hoeffner@dlapiper.com
T   212.335.4841
F   212.884.8551

February 24, 2017

**VIA ECF**

The Honorable Magistrate Judge Peggy Kuo
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   Byron Chemical Company, Inc. v. Cipla Limited
      Civil Action No. 16-cv-06201 (KAM)
      **Motion to Adjourn Settlement Conference Date**

Dear Judge Kuo:

We represent Plaintiff, Byron Chemical Company, Inc. ("Byron"), in the above-referenced matter.

We write on behalf of the parties to request an adjournment of the upcoming settlement conference date, which is currently March 16, 2017 at 2:00 p.m.  Subject to the Court's availability, the parties respectfully request that the date be rescheduled to March 24, 2017.

The reason for the request is that the parties will be attending an industry conference the following week and anticipate conflicts.  In addition, Mr. Sanjay Bhanushali, appearing on behalf of Cipla Limited, will be traveling from India to attend the conference, which will end on March 23.

Defendant, Cipla Limited, consents to this motion request.

Respectfully submitted,

/s Timothy Hoeffner


Timothy E. Hoeffner
Tomasita Sherer
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4841

*Attorneys for Plaintiff Byron Chemical Company, Inc.*

EAST\140367999.1