

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York  10020-1104
www.dlapiper.com

Timothy E. Hoeffner
timothy.hoeffner@dlapiper.com
T   212.335.4841
F   212.884.8551

May 5, 2017

**VIA ECF**

The Honorable Magistrate Judge Peggy Kuo
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   Byron Chemical Company, Inc. v. Cipla Limited
      Civil Action No. 16-cv-06201 (KAM)
      **Motion to Adjourn Scheduling Conference Date**

Dear Judge Kuo:

We represent Plaintiff, Byron Chemical Company, Inc. ("Byron"), in the above-referenced matter.

We write on behalf of the parties to request an adjournment of the upcoming settlement conference date, which is currently May 22, 2017 at 2:00 p.m.  Subject to the Court's availability, the parties respectfully request that the date be rescheduled to either May 23, May 24, or May 26, 2017. The reason for the request is a scheduling conflict.

Defendant, Cipla Limited, consents to this motion request.

Respectfully submitted,

/s Timothy Hoeffner


Timothy E. Hoeffner
Tomasita Sherer
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4841

*Attorneys for Plaintiff Byron Chemical Company, Inc.*

EAST\142525028.1