UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BYRON CHEMICAL COMPANY, INC.

                    Plaintiff(s),

   - v -

CIPLA LIMITED

                    Defendant(s).
------------------------------------------------------------x

[PROPOSED]
**INITIAL SCHEDULING ORDER**

16 CV 6201 (KAM) (PK)

Upon consent of the appearing parties and their counsel, it is hereby **ORDERED** as follows:

1. **REQUIRED ACTION BEFORE THE INITIAL CONFERENCE**
   (*except* for cases with pro se litigants)

   a) The parties conferred pursuant to Federal Rule of Civil Procedure 26(f) on ___May 22___, 2017 (this date must be at least five (5) business days before the Initial Conference).

   b) Automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure were completed on ___May 22___, 2017.

2. **MOTIONS**

   a) Defendant(s) shall answer or otherwise move with respect to the complaint by _____, 201_. (Check here if already done: ✓)

   b) No additional parties may be joined after ___June 19___, 2017. By this date, the parties may either stipulate to the addition of new parties or begin motion practice for joinder in accordance with the Individual Practice Rules of the District Judge assigned to this case.

   c) No other amendment of the pleadings will be permitted after ___June 30___, 2017 unless information unknown to the parties

1

*revised 1-2017*

by this date later becomes available to them. By this date, the parties may either stipulate to amendments of the pleadings or begin motion practice for leave to amend the pleadings in accordance with the Individual Practice Rules of the District Judge assigned to this case.

3. **DISCOVERY**

Discovery deadlines will not be extended unless the party seeking the extension makes a compelling showing that discovery could not be completed because of unforeseeable circumstances beyond that party's control.

a) *Fact Discovery*

    i. Initial document requests and interrogatories will be served no later than __June 15__, 201_7_. If the parties intend to issue interrogatories, they will serve no more than _25_ interrogatories. The presumptive cap on the number of interrogatories is **twenty-five (25)**, including subparts.

    ii. **Treating physicians** who may be called as witnesses, including as expert witnesses, should generally provide their reports or summaries and be deposed during the fact discovery period.

    iii. Fact discovery closes __October 19, 2017__, 201_7_.

b) *Expert Discovery*

    i. The names, qualifications, and area of expertise of experts to be introduced in a party's case-in-chief must be served on or before __November 19__, 201_7_.

    ii. Case-in-chief expert witness reports must be served on or before __December 19__, 201_7_.

    iii. Rebuttal expert witness reports must be served on or before __January 2__, 201_8_.

    iv. Deposition of all experts must be completed on or before __February 19__, 201_8_.

b) A discovery status ☐ telephone/☐ in person conference is scheduled for _____, 201_ at _____ _.m. If a telephone conference, the call is to be initiated by ☐ Plaintiff(s)/☐ Defendant(s) to Chambers at 718.613.2400 once all parties are on the line. A joint discovery status letter must be filed on ECF by _____, 201_ in preparation for the conference.

This scheduling order may be altered or amended <u>only</u> upon a showing of good cause based on circumstances not foreseeable as of the date of this order.

**SO ORDERED:**

_____
PEGGY KUO
United States Magistrate Judge

Dated: Brooklyn, New York
       May 22, 2017

**CONSENTED TO BY COUNSEL:**

*Attorney for Plaintiff(s)*

Signature: *Tomasita L. Sherer* (signed)

Name: TOMASITA L. SHERER
Address: DLA PIPER LLP (US)
         1251 Ave. of The Americas
         New York, NY 10020
E-mail: TOMASITA.SHERER@DLAPIPER.COM
Tel: (212) 335-4579
Fax: (917) 778-8612

*Attorney for Defendant(s)*

Signature: _____

Name:
Address:

E-mail:
Tel:
Fax:

4

*revised 1-2017*