EXHIBIT A

*Filed under seal pursuant to the 10/13/2017 Order by Magistrate Judge Peggy Kuo*